IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEFANIE KENT-PITTMAN,
    Plaintiff,

vs.                                        Case No.: 5:13cv370/RS/EMT

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon Plaintiff's Motion to Dismiss Complaint (doc. 6), in which Plaintiff requests that her complaint be dismissed because of her "inability to qualify to proceed in forma pauperis or to pay the required $400.00 filing fee" (*id.* at 1).[1]

Federal Rule of Civil Procedure 41(a)(1) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Rule 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order and on terms that the court considers proper." Because Defendant has not yet filed an answer in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

---

[1] This case was filed on November 5, 2013, through counsel (doc. 1). On that date, Plaintiff also filed an application to proceed in forma pauperis, which the court denied <u>without prejudice</u> on November 13, 2013, based on Plaintiff's report that she had disposable income of $197.00 each month (doc. 4). The court gave Plaintiff the opportunity, within thirty (30) days, to file a new application that explained how she spent the disposable income or, alternatively, to pay the filing fee. When Plaintiff failed to timely respond to the court's order, the court issued an order to show cause (doc. 5). In response to the order to show cause, Plaintiff filed the instant motion.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's Motion to Dismiss Complaint (doc. 6) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 3rd day of January 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**