IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEFANIE KENT-PITTMAN,

      Plaintiff,

v.                                      CASE NO. 5:13-cv-370-RS-EMT

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Plaintiff's Motion to Dismiss Complaint (Doc. 6) is **GRANTED**.

3. This case is voluntarily **DISMISSED without prejudice**.

4. The clerk is directed to close the file.

**ORDERED** on February 4, 2014.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**